Andrew M. Steinheimer
Brandon L. Reeves - 242897
ELLIS, LaVOIE, POIRIER,
 STEINHEIMER & McGEE LLP
555 University Avenue, Suite 200 East
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
dmcgee@ellislawgrp.com
breeves@ellislawgrp.com

Attorneys for Defendant KELKRIS ASSOCIATES, INC. dba CREDIT BUREAU ASSOCIATES

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| GORDON BROWNING, | Case No.:  10-cv-01909-JAM-KJN |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL** |
| v. | **JUDGE: JOHN A. MENDEZ** |
| KELKRIS ASSOCIATES, INC. dba CREDIT BUREAU ASSOCIATES, | |
| Defendant. | |

## ORDER

Pursuant to the stipulation of the parties, this case is hereby dismissed with prejudice.

IT IS SO ORDERED.


Dated: November 19, 2010          /s/ John A. Mendez
                                 The Honorable John A. Mendez
                                 United District Court Judge

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com